# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Susan M. Corbin | Case No: 16-03115-TOM13 |
| SSN: XXX-XX-1581 | |
| DEBTOR(S). | |

## ORDER CONDITIONALLY DENYING

This matter came before the Court on Thursday, April 19, 2018 10:00 AM, for a hearing on the following:

    RE: Doc #42; Motion for Relief from Stay and Co-Debtor Stay Filed by Thomas Tutten, Attorney for Servis One Inc. dba BSI Financial Services as Servicer for US Bank Trust National Association as Trustee of Bungalow Series F Trust

Proper notice of the hearing was given and appearances were made by the following:

    Robert D. Reese, attorney for Susan M. Corbin (Debtor)
    Tom Tutten, attorney for Movant
    Mary Frances Fallaw, Staff Attorney for the Chapter 13 Trustee
    Susan M. Corbin

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel, pleadings, judicial notice of the Trustee's Interim Statement, and equity in the property, the Motion for Relief from Stay is Denied Conditioned upon the Debtor resuming regular monthly mortgage payments beginning with the May 2018 payment. The Movant has leave to file a claim for the arrearage balance including fees and costs through April 2018. In the event of future default, the Movant may file a pleading to renew its motion and a hearing will be scheduled by subsequent notice.

Further, the Debtor's Chapter 13 plan payments are modified to $1,620.00 per month.

Dated: 04/20/2018

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge